Lisa S. Kantor, State Bar No. 110678
lkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

Attorneys for Plaintiff
COURTNEY WEAVER

Sean P. Nalty, State Bar No. 121253
sean.nalty@ogletree.com
Shivani Nanda, State Bar No. 253891
shivani.nanda@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY WEAVER,<br><br>   Plaintiff,<br><br> v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 3:17-cv-01242-EMC<br><br>**STIPULATION TO EXTEND MEDIATION COMPLETION DATE; [PROPOSED] ORDER** |

STIPULATION TO EXTEND MEDIATION COMPLETION DATE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

The parties hereto, Plaintiff Courtney Weaver, and Defendant Cigna Health and Life Insurance Company, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, at the July 5, 2017 case management conference in this action the Court set a mediation completion date of October 3, 2017 (Document 24);

WHEREAS, the parties have engaged in preliminary settlement discussions and participated in a telephonic assessment on September 1, 2017 with court-appointed mediator Jeffrey Lewis, Esq. of Keller Rohrback LLP;

WHEREAS, the parties afterward consulted with their clients, and selected the soonest mutually available mediation date of October 19, 2017;

NOW THEREFORE, for good cause, the parties hereby stipulate and respectfully request that the Court extend the currently set mediation completion date of October 3, 2017 through and including the mutually agreed-upon date for mediating this matter, i.e., October 19, 2017.

Dated: October 5, 2017        KANTOR & KANTOR LLP


                              By: */s/ Peter S. Sessions*
                                  Peter S. Sessions
                                  Attorneys for Plaintiff
                                  Courtney Weaver

Dated: October 5, 2017        OGLETREE, DEAKINS, NASH, SMOAK &
                              STEWART, P.C.


                              By: */s/ Sean P. Nalty*
                                  Sean P. Nalty
                                  Attorneys for Defendant
                                  Cigna Health and Life Insurance Company

Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Peter S. Sessions hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.

**[PROPOSED] ORDER**

The Court, having read and considered the parties' Stipulation, and good cause appearing therefor, hereby orders that the mediation completion date in this matter be extended from October 3, 2017 through and including October 19, 2017.

Dated: 10/12/17

_____
THE HONORABLE EDWARD M. CHEN
U.S. DISTRICT JUDGE



---

2
STIPULATION TO EXTEND MEDIATION COMPLETION DATE