Lisa S. Kantor, State Bar No. 110678
lkantor@kantorlaw.net
Peter S. Sessions, State Bar No. 193301
psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: 818.886.2525
Facsimile: 818.350.6272

Attorneys for Plaintiff
COURTNEY WEAVER

Sean P. Nalty, State Bar No. 121253
sean.nalty@ogletree.com
Shivani Nanda, State Bar No. 253891
shivani.nanda@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COURTNEY WEAVER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:17-cv-01242-EMC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

Plaintiff COURTNEY WEAVER and Defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY hereby stipulate as follows:

1. The above-entitled action against defendant CIGNA HEALTH AND LIFE INSURANCE COMPANY shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear its own costs and fees.

**IT IS SO STIPULATED.**

Dated: February 23, 2018         KANTOR & KANTOR LLP

                                 By: */s/ Peter S. Sessions*
                                     Peter S. Sessions
                                     Attorneys for Plaintiff
                                     Courtney Weaver

Dated: February 23, 2018         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                 By: */s/ Sean P. Nalty*
                                     Sean P. Nalty
                                     Attorneys for Defendant
                                     Cigna Health and Life Insurance Company

Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Peter S. Sessions hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 17-01242-EMC is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: 3/2/18

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)

2